VICTOR F. ALBERT, OK Bar No. 12069
victor.albert@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
The Heritage Building
621 N. Robinson Ave., Ste. 400
Oklahoma City, OK  73102
Telephone:     (405) 546-3774

ROSHNI C. KAPOOR, CA Bar No. 310612
roshni.kapoor@ogletree.com
J.P. SCHREIBER, CA Bar No. 317829
john.schreiber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415-442-4810

Attorneys for Defendant
PARAMEDICS LOGISTICS OPERATING
COMPANY, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GOODALL,<br><br>             Plaintiff,<br><br>      v.<br><br>PARAMEDICS LOGISTICS OPERATING COMPANY, LLC, A DELAWARE CORPORATION, PATIENT CARE LOGISTICS SOLUTIONS, LLC, AND DOES 1-50,<br><br>             Defendants. | Case No. 3:19-cv-02238-WHO<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>Complaint Filed: August 9, 2018<br>Trial Date:      November 30, 2020<br>Judge:           Hon. William H. Orrick |

WHEREAS, Plaintiff, ADRIAN GOODALL, ("Plaintiff") and Defendants PARAMEDICS LOGISITICS OPERATING COMPANY, LLC, and PATIENT CARE LOGISTICS SOLUTIONS, LLC ("Defendants") (collectively "the parties"), resolved all issues in

this matter on or about July 11, 2020.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties that the above-referenced action be and hereby is dismissed with prejudice in its entirety as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that, each party is to bear his or its own attorneys' fees and costs.

Respectfully Submitted,

DATED: July 31, 2020                LAW OFFICES OF GRUNDMAN AND DEANE

                                    By: /s/ Elaine Deane
                                        ELAINE DEANE
                                        Attorney for Plaintiff ADRIAN GOODALL

DATED: July 31, 2020                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C

                                    By: /s/ Victor F. Albert
                                        VICTOR F. ALBERT
                                        ROSHNI C. KAPOOR
                                        JOHN P. SCHREIBER
                                        Attorneys for Defendants
                                        PARAMEDICS LOGISTICS OPERATING COMPANY, LLC, and PATIENT CARE LOGISTICS SOLUTIONS, LLC

### **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i) (3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 31, 2020                By: /s/ Victor F. Albert
                                        VICTOR F. ALBERT

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED that the above-referenced action is hereby DISMISSED with prejudice as to all parties and as to all causes of action. It is FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs.

DATED: July 31, 2020



THE HONORABLE WILLIAM H. ORRICK
United States District Judge

43584290.1